Megan O'Neill (Bar No. 220147)
moneill@willenken.com
WILLENKEN WILSON LOH & DELGADO LLP
2 Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 830-5740
Facsimile: (213) 955-9250

William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
Amelia L. B. Sargent (Bar No. 280243)
asargent@willenken.com
WILLENKEN WILSON LOH & DELGADO LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250

Attorneys for Defendant
BILL ME LATER, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| DONALD HIGGINS,<br><br>Plaintiff,<br><br>v.<br><br>BILLMELATER, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-00357-JAM-KJN<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR BINDING ARBITRATION AND TO STAY ACTION PENDING ARBITRATION**<br><br>Assigned to Hon. John A. Mendez |

STIPULATION AND [PROPOSED] ORDER TO ARBITRATE
1

Plaintiff Donald Higgins ("Plaintiff") and Defendant Bill Me Later, Inc. ("Defendant") (collectively, "Parties"), by and through their undersigned counsel of record in this matter, stipulate and agree as follows:

WHEREAS, Plaintiff filed this action on February 1, 2018;

WHEREAS, Parties to this dispute are signatories to a contract mandating all disputes be resolved through arbitration with the American Arbitration Association, attached as Exhibit A.

IT IS HEREBY STIPULATED by and between Plaintiff, on the one hand, and Defendant, on the other hand, that:

1. This matter be stayed in its entirety pursuant to 9 U.S.C. § 3.
2. This action must be submitted to arbitration pursuant to the terms set forth in the arbitration agreement agreed to by both Plaintiff and Defendant.

Respectfully submitted,

Dated: March 26, 2018   WILLENKEN WILSON LOH & DELGADO LLP

By: */s/ Megan O'Neill*
Megan O'Neill
Attorneys for Defendant
BILL ME LATER, INC.

Dated: March 26, 2018   SAGARIA LAW, P.C.

By: */s/Elliot W. Gale*
(as authorized on March 26, 2018)
Elliot W. Gale
Attorneys for Plaintiff
DONALD HIGGINS

144670.1

[~~PROPOSED~~ *jam*] ORDER

The Court has reviewed the Joint Stipulation to Stay Action Pending Arbitration. Good cause appearing therefor, the Court orders as follows:

1. This matter is hereby stayed in its entirety pursuant to 9 U.S.C. § 3; and

2. This action shall be submitted to arbitration pursuant to the terms set forth in the arbitration agreement agreed to by both Plaintiff and Defendant.

*jam* 3. The parties shall file a joint status report upon completion of the arbitration or no later than six months from the date of this Order whichever comes first.

IT IS SO ORDERED.

DATED: 3·28·2018

_____
Hon. John A. Mendez
U.S. District Court Judge

STIPULATION AND [PROPOSED] ORDER TO ARBITRATE
3

144670.1

# EXHIBIT A

Account Number: 5049 9061 0283 8208     Statement Closing Date: 03/06/15
Customer Name: DONALD HIGGINS

## Terms and Conditions of the PayPal Credit Payment System

PayPal Credit is an open-end credit plan offered by Comenity Capital Bank ("the Lender"). By using PayPal Credit to complete a purchase, you apply for credit and agree you have read the Terms and Conditions, including the Agreement to Arbitrate, as well as the Privacy Policies; and authorize the Lender to review your credit report.  You authorize parties with whom you make a purchase to share your personal information, including email address, with the Lender to use that information information for all lawful purposes.

The Terms and Conditions of PayPal Credit include the following:
- Important Disclosures
- Account Agreement, including Agreement to Arbitrate.   You can choose to reject the Agreement to Arbitrate as further explained in Section 25(h) below.

## PayPal Credit Important Disclosures

The information that follows includes important information about the cost of credit and the interest rates.  Your Promotional Purchase terms may vary from what is below.  Please see the terms presented at the time of your Promotional Purchase for the applicable APR.

| Interest Rate and Interest Charges | | |
|---|---|---|
| Annual Percentage Rate (APR) for Standard Purchases | 19.990%* | |
| APR for Cash Advances | 19.990%* | |
| How to Avoid Paying Interest | Your due date is at least 25 days after the close of each billing cycle. We will not charge any interest on Standard Purchases or Cash Advances if you pay the entire balance by the due date each month. | |
| Minimum Interest Charge | If you are charged interest, the charge will be no less than $2.00. | |
| For Credit Card Tips from the Consumer Financial Protection Bureau | To learn more about factors to consider when applying for or using a credit card, visit the website of the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/learnmore. | |
| Fees | | |
| Annual Fee | None | |
| Penalty Fees<br>• Late Payment Fee | If the minimum payment due is:<br>Less than $25.00<br>$25.00 or greater | The late fee is:<br>Up to $5.00<br>Up to $35.00 |
| • Return Check Fee | Up to $25.00 | |

How We Will Calculate the Balance:   Lender uses a method called "average daily balance".  See the Account Agreement for more details.
Billing Rights:  Information on your rights to dispute transactions and how to exercise those rights is provided in the Account Agreement.
Amendment of the Terms and Conditions. Lender may amend the Account Agreement, including any of the terms stated above, from time to time, in accordance with Section 16 of the Account Agreement called "Amendment of this Agreement."
Important information about procedures for opening a new account. To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.    What this means for you: When you open an account, Lender will obtain your name, address, date of birth, and other information that will allow Lender to identify you. Lender may verify this information with you and others.  Lender may also request to see your driver's license or other identifying documents.
State Disclosures:
CA Residents: If you are married, you may apply for a separate account.
OH Residents: The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request.  The Ohio Civil Rights Commission administers compliance with this law.
NY, RI and VT Residents: We may order credit reports in connection with processing applications/solicitations and any update, renewal or extension of credit.  Upon request, we will tell you the name and address of any consumer reporting agency that furnished a report on you.  You consent to the obtaining of such reports by signing or otherwise submitting an application or solicitation.
WI Residents: No provision of any marital property agreement, unilateral statement under 766.59, or a court decree under 766.70 adversely affects the interest of Comenity Capital Bank, unless the Bank, prior to the time credit is granted, is furnished a copy of the agreement, statement or decree or has actual knowledge of the adverse provision when the obligation to the Bank is incurred.  If you are married, please contact us immediately at:  PayPal Credit, P.O. Box 5018 Timonium, MD 21094 and provide us with the name and address of your spouse.  We are required to inform your spouse that we have opened a credit account for you.
NY Residents: Comenity Capital Bank/PayPal Credit 1-866-538-3733.  New York Residents may contact the New York State Department of Financial Services by telephone or visit its website for free information on comparative credit card rates, fees, and grace points.  New York Department of Financial Services 1-877-226-5697 or www.dfs.ny.gov.

## PayPal Credit Account Agreement

THIS AGREEMENT REQUIRES THE USE OF ARBITRATION ON AN INDIVIDUAL BASIS TO RESOLVE DISPUTES, RATHER THAN JURY TRIALS OR CLASS ACTIONS, AND LIMITS THE REMEDIES AVAILABLE TO YOU IN THE EVENT OF A DISPUTE.
This Agreement sets forth the terms and conditions of the PayPal Credit Account (the "Account") and the extensions of credit made by Comenity Capital Bank ("the Lender").  Please read this Agreement and keep a copy.
1. DEFINITIONS. In this PayPal Credit Account Agreement, the following definitions apply:
"Account" means the PayPal Credit open-end (revolving) account that is the subject of this Agreement.
"Agreement" means the PayPal Credit Important Disclosures, Account Agreement, and any amendment or addendum to this Agreement.
"Bill Me Later, Inc."  located in Timonium, Maryland, developed Paypal Credit and provides services for the Lender, such as processing transactions, keeping records, sending billing statements, and providing customer service. Bill Me Later, Inc. may also receive payments and perform collection activities on behalf of the Lender.
"Credit Line"  means the dollar amount of credit available for you to borrow on this Account.  The total balances of all types of transactions on the Account plus transactions which have been authorized but not yet posted to the Account (but not including unpaid Fees) may not exceed the Credit Line.  We will treat any request for an extension of credit that would cause the balance to exceed the Credit Line as a request to increase the Credit Line.
"Merchant"  means a merchant participating in and authorized to accept the PayPal Credit payment option.
"We", "us",  and "our"  mean the Lender, and, following an assignment, any person, company or bank to whom the rights and/or obligations of the Lender have been assigned.
"You", "your"  and "Borrower" mean the person who applied for this Account.
2. HOW YOU AGREE TO THIS AGREEMENT.  You agree to the terms of this Agreement and you make the promises it contains by either applying for or accepting an Account or making a purchase using PayPal Credit after receipt of this Agreement.
3. TYPES OF PURCHASES AND TRANSACTIONS.
STANDARD PURCHASES AND CASH ADVANCES

(continued on next page)

Account Number: 5049 9061 0283 8208
Customer Name: DONALD HIGGINS

Statement Closing Date: 03/06/15
Notice Continued

<u>What are they?</u>
Standard Purchases - Purchases that are not Promotional Purchases and any other balances that become subject to the Standard Purchases repayment terms.

- "Purchases" are extensions of credit made on the Account to you, when you choose the PayPal Credit Payment System to pay for a purchase from a Merchant. You may occasionally see references to "credit card purchases" because under Federal law this is considered a credit card account.
- Cash Advances - Extensions of credit made on the Account to you, when you choose the PayPal Credit Payment System to "Send Money" using the services offered by PayPal, Inc.
- "PayPal Credit Payment System" is the payment system which allows you to pay for Purchases from participating Merchants by charging the Costs to your Account. In this Agreement, it may be called simply "PayPal Credit."
- "Send Money" means your ability to make payments to third parties using PayPal, Inc., including in connection with: (i) a Purchase of goods or services; or (ii) between two individuals (not to or from a business) without a Purchase.
- "PayPal, Inc.," located in San Jose, California, is a payment service provider that consumers and merchants use to make payments to and accept payments from third parties.

<u>How do you make a Standard Purchase?</u> You can make a Standard Purchase using this Account by choosing the PayPal Credit Payment System when you make a purchase from a Merchant at a website, by telephone, or at another authorized location. We will extend credit to you, in the amount of the Cost of the Purchase, by paying the Merchant on your behalf.

<u>How do you use the Cash Advance feature?</u> You can make a Cash Advance using this Account by choosing to Send Money. We will extend credit to you, in the amount of the Cost of the Cash Advance, by authorizing PayPal, Inc. to transmit the Cost of the Cash Advance to the designated recipient via the Send Money feature.

- "Cost" means the amount of any Cash Advances you obtain using PayPal Credit or the total price of any item(s) you purchase from a Merchant using PayPal Credit, plus any fee or charge you agree to pay the Merchant or PayPal, Inc., the cost of shipping and taxes, less any applicable discount or credit offered by the Merchant.

<u>What are the repayment terms?</u> Standard Purchases and Cash Advances are subject to the APR and other terms provided in the "Important Disclosures" box above and Grace Period and Minimum Payment Due below.

Grace Period - There is a Grace Period of at least 25 days on new Standard Purchases and Cash Advances. For additional information on Grace Period, see Section 8 "Interest Rate and Interest Charges."

- "Grace Period" means the period within which you may repay a loan or extension of credit without incurring any interest.
- "Payment Due Date" means the date which will appear on each billing statement as the "Payment Due Date" for the Billing Cycle.
- "Billing Cycle" means the time between the dates on which we prepare billing statements, or would have prepared them if statements were required under Section 11(a) "Billing Statements." The Billing Cycle will end on approximately the same day of each month. We may change the day the Billing Cycle ends, at our option.

Minimum Payment Due - The payment due for Standard Purchases and Cash Advances each Billing Cycle (which is part of the total Minimum Payment Due) will be the greatest of:

- $25.00 or $35.00 if you failed to pay at least the total Minimum Payment Due by the Payment Due Date in any one or more of the prior six Billing Cycles; or
- 3% of the balances on the Account (excluding any balance on a No Payments + No Interest if paid in full Purchase prior to its Expiration Date and Easy Payments Purchase prior to its End Date) on the last day of the Billing Cycle; or
- 1% of the balances on the Account (excluding any balance on a No Payment + No Interest if paid in full Purchase prior to its Expiration Date and Easy Payments Purchase prior to its End Date) on the last day of the Billing Cycle plus any interest assessed on the Account in that Billing Cycle (excluding any accrued interest on a Deferred Interest Purchase that has been billed in that Billing Cycle), plus any Late Fees and Return Check Fees assessed on the Account in that Billing Cycle.

PROMOTIONAL PURCHASES
<u>What are they?</u> "Promotional Purchases" include Deferred Interest Purchases, Easy Payments Purchases and other promotional purchases as offered from time to time that may be subject to special, promotional repayment terms and/or Annual Percentage for all or part of the time they are unpaid. You may only have the ability to make some Promotional Purchases from time to time, depending on what the Merchant is offering.
<u>What are the different types of Promotional Purchases and how do they work?</u>
DEFERRED INTEREST PURCHASES
- "Deferred Interest Purchases" are Promotional Purchases on which no interest will be charged if they are paid in full within the deferred interest period. Interest will be charged from the posting date if the Purchase balance is not paid in full within the deferred interest period. The deferred interest period may be six months or more as disclosed when the transaction is made.
- There are two types of Deferred Interest Purchases:
- "No Payments + No Interest if paid in full Purchases" are Deferred Interest Purchases on which no payments will be due during a six-month (or longer as offered by the Merchant) deferred interest period.
- "No Interest if paid in full Purchases" are Deferred Interest Purchases on which minimum monthly payments will be due during the deferred interest period.

- All Promotional Purchases may be separately itemized or may, at our option, be grouped together in the Interest Charge Calculation and Promotional Purchases sections of your billing statement.
- Interest: If you pay the balance in full by the Expiration Date, we will not charge any interest for that Purchase. We will calculate the interest for each Billing Cycle prior to the Expiration Date and disclose it on the billing statement as the Accrued Deferred Interest. If you do not pay the balance on a Deferred Interest Purchase before the Expiration Date, we may charge your Account, in the Billing Cycle in which the Expiration Date occurs, interest on that Promotional Purchase from the transaction posting date.
- "Expiration Date" is the date on which the deferred interest period ends.
- End of Promotional Terms: If you do not pay the balance in full by the Expiration Date, any remaining balance will be treated as a Standard Purchase.

EASY PAYMENTS PURCHASES
- "Easy Payments Purchases" are Promotional Purchases that will be repaid in substantially equal monthly installments called "Monthly Plan Payments." There are two types of Easy Payments Purchases:
- "Easy Payments + No Interest Purchases" will not be subject to interest, if you pay the balance in full by the End Date.
- "End Date" is the Payment Due Date on the billing statement that includes the final Monthly Plan Payment on an Easy Payment Purchase.
- "Financed Easy Payments Purchases" will be subject to interest. The APR for Financed Easy Payments Purchases may vary by Merchant and will be disclosed at the time of purchase, but will not exceed 19.99%.
- We may offer you the opportunity to make Purchases from some Merchants as Easy Payments Purchases. We may offer this as the only method you can use to make a Purchase from a Merchant, or as an option to the Standard Purchase method. Easy Payments Purchases will be subject to the terms offered at the time of the transaction by the Merchant.
- End of Promotional Terms: If you do not pay the balance in full by the End Date, any remaining balance will be treated as a Standard Purchase.

<u>What are the repayment terms?</u>
DEFERRED INTEREST PURCHASES
- Grace Period: Deferred Interest Purchases do not have a Grace Period. However, you can avoid paying interest on a Deferred Interest Purchase by paying the balance in full by the Expiration Date. If you do not pay the balance in full by the Expiration Date, you will be charged interest from the transaction posting date.
- Minimum Payment Due: For No Payments + No Interest if paid in full Purchases, none prior to the Expiration Date. For No interest if paid in full Purchases, same as Standard Purchases.

EASY PAYMENTS PURCHASES
- Grace Period: Easy Payments Purchases do not have a Grace Period. However, for Easy Payments + No Interest Purchases, you can avoid paying interest by paying the balance in full by the End Date. If you do not pay the balance in full by the End Date, any remaining balance will begin to accrue interest. Financed Easy Payments Purchases begin to accrue interest on the transaction posting date.
- Minimum Payment Due: The Monthly Plan Payment due for each Easy Payements Purchase which has not reached its End Date, and on which a balance is outstanding, will be the Easy Payments Purchase amount divided by the number of months between the Purchase and the End Date. The Monthly Plan Payment due on the End Date may be more or less than the others, because it will be adjusted as necessary to pay the actual balance and accrued interest owing on the End Date.

(continued on next page)

Account Number: 5049 9061 0283 8208  
Customer Name: DONALD HIGGINS

Statement Closing Date: 03/06/15  
Notice Continued

**4. YOUR CREDIT LINE AND OTHER AGREEMENTS.**
a. Credit Line. At the time you open your Account and request your first extension of credit, we will evaluate your request for credit. If we extend you credit, we will disclose to you the total amount of your Credit Line, which will be no less than $250.00.
If you try to make a Purchase or Cash Advance that would cause your outstanding balance to be above your Credit Line, we will treat that as a request to increase the Credit Line.
For example:
- If your Credit Line is $650.00, you have a $200.00 balance, and you try to make a Purchase or request a Cash Advance of $500.00, we will treat this as a request for an increase in the Credit Line. If we approve this transaction, your new Credit Line will be $700.00.

We have the option to refuse a request for an increase, but we will notify you of the reasons for any refusal. We may occasionally and routinely verify credit information about you and obtain an updated consumer report in connection with this Account. We may decrease your Credit Line at any time. We will notify you if we do so. From time to time, we may review your Account to ensure that payments and transactions posting to your Account are valid and not fraudulent and that good funds are collected for payments. In doing so, we may temporarily limit your ability to utilize the total credit available to borrow until the Account review is completed and/or transactions and payments are confirmed to be valid and fully collected.
b. We may charge your Account for Purchases and Cash Advances. You authorize us to charge this Account for the Cost of any Purchase or Cash Advance you, or anyone to whom you have given permission to use this Account, make using PayPal Credit. You understand that the amount that we actually pay to the Merchant for any Purchase or that PayPal, Inc. pays to any recipient of a Cash Advance may be less than the Cost of the Purchase or Cash Advance, because: (i) the Merchant may agree that we or a third party may retain a portion of the Cost in order to participate in PayPal Credit, or (ii) PayPal, Inc. may charge you fees for facilitating a Send Money transaction, which may be equal to the total of: (1) a percentage of the Cash Advance extended in connection with the Send Money transaction, plus (2) a transaction fee.
c. We may charge your Account for Interest and Fees. You authorize us to charge this Account for interest, any fees, costs of collection, and amounts that you agree in this Agreement to pay.

**5. YOUR PERSONAL INFORMATION.**
a. Purchases. By making a Purchase, you authorize the Merchant to share your personal information (including email address) with us to verify your identity, make a credit decision, complete your transaction, service your Account, and/or for all other lawful purposes.
b. Cash Advances. By requesting a Cash Advance, you authorize us to share your information with PayPal, Inc. to complete your Send Money transaction. You also authorize PayPal, Inc. to share your personal
information (including email address) with us to verify your identity, make a credit decision, complete your Send Money transaction, service your Account, and/or for all other lawful purposes.

**6. YOUR PROMISES TO US.**
a. Promise to Pay. You promise to repay to us all extensions of credit (including any and all Purchases and Cash Advances) you have authorized us to charge to this Account and any accrued interest and fees as agreed in this Agreement. We may presume you authorized any Purchase using this Account, if the Purchase is delivered in your name to your address, unless you return the Purchase to the Merchant within a reasonable time.
b. Minimum Payment Due. You promise to pay at least the Minimum Payment Due on or before the Payment Due Date each month and in accordance with the reasonable requirements set forth on each billing statement. Your total Minimum Payment Due will include any Minimum Payment required for Standard Purchases, Cash Advances, "No Interest if paid in full Purchases," and Easy Payments Purchases.
c. Personal Financial Information. You promise to give us personal financial information about you that we may reasonably request, from time to time.
d. Collection Costs. You promise to pay all costs of collection if we take any action to collect this Account or take any action in a bankruptcy proceeding filed by or against you, including reasonable attorneys' fees and expenses, if permitted by applicable law.
e. Your Contact Information. You promise to promptly notify us if you change your name, mailing address, email address, or telephone number. In doing so, you agree that you will not give us false information or signatures, electronic or otherwise, at any time.
f. Age and Residency. You promise that you are of legal age in the state where you reside and are a resident of the U.S.A. when you accept this Agreement and open the Account.
g. Merchant Disputes. You promise that, if you are dissatisfied with goods or services you purchased from a Merchant, you will try in good faith to resolve the dispute and correct the problem directly with the Merchant. This shall in no way limit or reduce your rights in case of a billing error.
h. Use of Account. You promise to use this Account only for personal, family, or household purposes.

**7. SECURITY INTEREST.** We will not take any security interest to secure this Account.

**8. INTEREST RATE AND INTEREST CHARGES.** You agree to pay interest on the outstanding balance of this Account until paid in full, as applicable. Interest may be calculated differently depending on the type of transaction. Interest begins to accrue on the posting date, except interest does not accrue on any portion of a Standard Purchase or Cash Advance that you repay during the Grace Period, if a Grace Period applies.
a. Grace Period:
There is a Grace Period of at least 25 days on new Standard Purchases and Cash Advances. This means we will not charge interest on these transactions if you pay them in full by the Payment Due Date. For example, if:
- You make a $500.00 Standard Purchase on January 1 and a $100.00 Cash Advance on January 2;
- We send you a statement on or about January 15 with a Payment Due Date of February 12; and
- You pay $600.00 (the full amount) by February 12; then
- You will not be charged any interest on these transactions.

You'll lose your Grace Period if you pay anything less than the total of new Standard Purchases and Cash Advances on any statement by the Payment Due Date. If you lose your Grace Period, you'll owe interest on any unpaid balance of a transaction to which the Grace Period previously applied from the first day of the next Billing Cycle and interest on new transactions from the date of posting. For example:
- You make a $500.00 Standard Purchase on January 1 and a $100.00 Cash Advance on January 2;
- We send you a statement on or about January 15 with a Payment Due Date of February 12; and
- You pay $400.00 (only part of the full amount) by February 12; then
  - You will not be charged any interest on the amount you paid ($400.00);
  - You will be charged interest on the remaining amount ($200.00) from the first day of the next Billing Cycle, February 16; and
  - New transactions will not qualify for the Grace Period.

To qualify for the Grace Period again, you must pay your Standard Purchases and Cash Advance balances in full.
b. How We Calculate Interest:
- We calculate interest for each Billing Cycle using the Average Daily Balance method. A separate daily balance is calculated for each balance type. These balance types include, for example, Standard Purchases, Cash Advances, and different Promotional Purchases.
- How we get to the Average Daily Balance: We take the starting balance each day for each balance type, add any new charges and fees, and subtract any payments and credits (treating any net credit balance as zero). This gives us the daily balance. Then, we add up all the daily balances for the Billing Cycle and divide the total by the number of days in the Billing Cycle. The result is the Average Daily Balance for each balance type.
- How we get the interest charge for each balance type: We multiply each Average Daily Balance for the Billing Cycle by the number of days in the Billing Cycle. Then we multiply this by the Daily Periodic Rate. We do this for each day in the Billing Cycle. This gives us the daily interest charges for each of your different balances.
  - "Daily Periodic Rate" is a daily interest rate. The daily periodic rate for a given balance is equal to the APR for that balance divided by 365.
- How we get the interest charge for the Billing Cycle: We will then add up the interest for all the balance types, to get the interest for the Account.

c. Minimum Interest Charge. We charge a minimum of $2.00 of interest in any Billing Cycle in which you owe interest (excluding any balance on any Deferred Interest Purchase prior to its Expiration Date, and any Easy Payments + No Interest Purchase prior to its End Date).
d. Rate of Interest. We will compute the interest on Standard Purchases, Promotional Purchases (except Financed Easy Payments), and Cash Advances using the Daily Periodic Rate of 0.05477%. This corresponds to the APR of 19.99%. However, if we have disclosed a special promotional rate at the time we made the special offer, we will compute the interest on the Promotional Purchases or Easy Payments Purchases balances using that special promotional rate.

**9. FEES.** You agree to pay the following fees, as applicable. You agree that we may allocate any fee to your Standard Purchases balance and/or Cash Advances balance.
a. Late Payment Fee. We will charge you a Late Fee for each month the Minimum Payment Due is not paid in full by its Payment Due Date. The amount of the Late Fee will be the amount of the missed payment, up to (1) $5.00 if the Minimum Payment Due is less than $25.00, or (2) $25.00 if the Minimum Payment Due is $25.00 or more, the first time you are late, and, if your payment is late again within the next six billing cycles after any prior late payment, up to $35.00. No Late Fee will be due if the reason the Payment is late is either:
(i) attributable to a Late Fee assessed on an earlier payment; or
(ii) because, after default, the entire balance on this Account is due.
b. Return Check Fee. If your payment on this Account is made with a check, including a draft, order, or other instrument that is returned by a drawee for "not sufficient funds" in the account on which the check is written, or for other reasons such as a closed account, we will charge you a fee equal to

(continued on next page)

Account Number: 5049 9061 0283 8208  
Customer Name: DONALD HIGGINS

Statement Closing Date: 03/06/15  
Notice Continued

the amount of the required Minimum Payment Due immediately prior to the date on which the payment is returned, up to $25.00. We will not charge the service charge, however, if we redeposit the check and it is paid.

10. PAYMENT APPLICATION AND PREPAYMENT. We will use each payment in the amount of the Minimum Payment Due or less, first to pay billed Monthly Plan Payments on any Easy Payments Purchases (in any order we choose), then billed interest, then billed fees, then the principal balance (in any order we choose), and then any other amounts due. However, if you have a balance on a Deferred Interest Purchase, during the two Billing Cycles immediately preceding its Expiration Date, we may use the payment first to pay the balance on such Deferred Interest Purchase (in any order we choose).

You may at any time pay, in whole or in part, the total unpaid balance without any additional charge for prepayment. If you pay more than the Minimum Payment Due in any Billing Cycle, you still must make the Minimum Payment Due the next Billing Cycle. We will use any amount in excess of the Minimum Payment Due to pay the balances with the highest interest rate (in any order we choose), then the next highest interest rate (in any order we choose), and so forth. However, during the two Billing Cycles immediately preceding the Expiration Date of any Deferred Interest Purchase, we may use payments first to pay the balance on such Deferred Interest Purchase(s) (in any order we choose). We may choose to apply prepayments to the Deferred Interest Balance before other balances.

11. BILLING STATEMENTS AND CREDIT BALANCES.
a. Billing Statements. We will provide a Billing Statement for each Billing Cycle if and as required by applicable law. We may provide electronic billing statements only. You can elect to receive paper statements by logging in to www.billmelater.com or any other Account servicing website.
b. Credit Balances. We will refund any credit balance in excess of $1.00 to you as required by law. You authorize us to make the refund electronically or using an ACH, (i) if you made the payment which caused the credit balance electronically or using an ACH, or (ii) if you typically make payments on this Account electronically or using an ACH. If you maintain an account with PayPal, Inc., you authorize us to refund any credit balance directly to that account.
c. Errors. You agree to notify us in writing of any errors in the billing statement within 60 days from the date it is provided. You agree to examine the billing statement and to notify us in writing, immediately, of any Purchases which were not made or authorized by you. We need not provide a billing statement to you if we deem this Account uncollectible or if delinquency collection proceedings have been started.

12. DEFAULT. You will be in default if you:
a. Fail to make any payment when due;
b. Violate, or are unwilling or unable to perform, any provision of this Agreement;
c. Pass away or become incompetent;
d. Become the subject of bankruptcy or insolvency proceedings;
e. Supply us with any misleading, false, incomplete, or incorrect information or signature, or fail to supply us with any information we deem necessary;
f. Default under any other loan, agreement, or account you have with us or any of our affiliates;
g. Exceed your Credit Line; or
h. Give us a payment returned unpaid by your bank or financial institution for any reason.

13. EFFECT OF DEFAULT.
a. Our Rights. If you are in default, we may suspend or close your Account, require you to pay the full amount you owe immediately, or take any other action permitted by law. This may happen without prior notice unless otherwise required by applicable law. If we exercise our rights, this Agreement will continue to apply to your Account.
b. Collection Costs. You agree to pay all costs of collection (including reasonable attorneys' fees and expenses) if we take any action to collect this Account after default, if permitted and to the maximum amount permitted by applicable law.

14. TERMINATION. We may terminate your Account or this Agreement at any time for any reason without prior notice, subject to limitations of applicable law. After termination, you will not be able to make new Purchases or Cash Advances but you will still have to pay any remaining balance in full. All other provisions of this Agreement will continue to apply.

15. OUR LIABILITY. We are not responsible for any Merchant's failure to accept payment using the PayPal Credit Payment System. Our liability is limited to that determined by applicable law and will only include your actual damages.

16. AMENDMENT OF THIS AGREEMENT. We may amend this Agreement from time to time, in any respect, and give you written notice if required by law. An amendment may change something in this Agreement (for example, the rate of interest on any or all transaction types), add something new, or take something out. Amendments will apply to outstanding balances and new Purchases and Cash Advances, except as otherwise indicated in any written notice or as otherwise provided by applicable law. This Agreement, except when amended in accordance with this Agreement, is the final expression of the Agreement between us and may not be contradicted by evidence of any alleged oral agreement.

17. REMEDIES CUMULATIVE. Our remedies under this Agreement shall be cumulative and not alternative.

18. DELAY IN ENFORCEMENT. We can delay enforcing any of our rights under this Agreement without losing them. Any waiver by us of any provision of this Agreement will not be a waiver of the same or any other provision on any other occasion.

19. BOOK ENTRY SYSTEM. You hereby appoint Bill Me Later, Inc. as your agent in maintaining, and Bill Me Later, Inc. agrees to maintain, a book entry system that records the identity of the owner of each Purchase and Cash Advances on the Account. The right to the principal of, and stated interest on, each Purchase and Cash Advances on the Account. The right to the principal of, and stated interest on, each Purchase and Cash Advance on the Account may only be transferred through the book entry system maintained by Bill Me Later, Inc. This section does not affect any of Borrower's obligations under this Agreement. This section does not limit or waive any of Borrower's rights, including but not limited to Borrower's Billing Rights.

20. ASSIGNMENT. You may not assign or otherwise transfer your rights and privileges under this Agreement, or delegate your obligations to repay amounts you owe to us. Any attempt by you to assign or delegate will be void and of no effect. We may assign any and all of our rights under this Agreement at any time without your consent. Any person, company, or bank to whom we assign this Agreement shall be entitled to all of our rights under this Agreement. None of our rights or obligations shall be affected by such assignment.

21. COMMUNICATIONS CONCERNING DISPUTED DEBTS. ALL COMMUNICATIONS BY YOU TO US CONCERNING DISPUTED DEBTS, INCLUDING AN INSTRUMENT TENDERED AS FULL SATISFACTION OF THE ACCOUNT, MUST BE SENT TO: PayPal Credit, P.O. Box 5018, Timonium, MD 21094

22. CREDIT INVESTIGATION AND REPORTING. You authorize us and/or Bill Me Later, Inc. to make or have made any credit, employment, and investigative inquiries we deem appropriate related to your application for credit, this Account, and the collection of amounts owed on this Account. You agree that we and/or Bill Me Later, Inc. have the right to obtain a credit report in connection with our review of your application for this Account and for an increase in the Credit Line and ocasionally and routinely, during the term of this Account, as we deem reasonably necessary to maintain and collect this Account. You authorize us to answer any questions about our experience with you related to this Account and to report that experience to credit reporting agencies.

23. COMMUNICATIONS BETWEEN YOU AND US.
a. Notices and Customer Service. You may send written notices, correspondence, inquiries, and questions concerning your Account to us at PayPal Credit, P.O. Box 5138, Timonium, MD 21094. You may also call our customer service department at 1-866-528-3733.
b. Consent to Communications. We and/or Bill Me Later, Inc. may use any means of communication to contact you for any lawful purpose (including debt collection and/or marketing). Such means of communication may include, but are not limited to, postal mail, telephone, email, text message, or other technology, even if you are charged for the contact. You are responsible for any charges for contacting you that may be billed to you by our or Bill Me Later, Inc.'s communications carrier. We and/or Bill Me Later, Inc. may contact you at any address (including any email or text message address) or telephone number (including any cellular telephone number or landline number that is later ported to a cellular telephone) that you give us or from which you call us or that we have collected for you as authorized and described in the PayPal Credit Privacy Policy, including telephone numbers you have provided us and/or Bill Me Later, Inc., or that we and/or Bill Me Later, Inc. have obtained from third parties or collected by our own efforts. We and/or Bill Me Later, Inc. may contact you using an automatic dialing and/or announcing device that may play prerecorded messages and may also contact you via text messages. You agree to receive such calls and text messages. No contact from us and/or Bill Me Later, Inc. will be deemed unsolicited. You may contact our and/or Bill Me Later, Inc.'s customer service department to ask that we not contact you by using any one or more particular methods or technologies.
c. Monitoring and Recording. We and/or Bill Me Later, Inc. may monitor, tape, or electronically record our telephone calls with you, including any calls with our and/or Bill Me Later, Inc.'s customer service department, collection department, and any other department.
d. Emails. You consent to our emailing you for any lawful purpose, including marketing. You may withdraw consent to us sending you commercial emails by changing your "email preferences" at www.billmelater.com, or any other Account servicing website, or by "unsubscribing" when we send you an email.

24. GOVERNING LAW, FORUM.
a. Governing Law. This Agreement has been accepted by us in the state of Utah, and all extensions of credit will be made by us in the state of Utah. Regardless of the state of your residence or the place where the Merchant is located, you agree that the provisions of this Agreement relating to interest, charges, and fees shall be governed by Federal law and construed in accordance with Federal law and, as made applicable by Federal law, the law of the state of Utah. Other terms and provisions shall be governed by and construed in accordance with applicable law of the state of Utah, without

(continued on next page)

Account Number: 5049 9061 0283 8208  
Customer Name: DONALD HIGGINS  

Statement Closing Date: 03/06/15  
Notice Continued  

regard to principles of conflicts of law, except to the extent preempted, superseded, or supplemented by Federal law.
b. Forum for Disputes. Except as otherwise agreed by the parties, in the event that the Agreement to Arbitrate in Section 25 below is found not to apply to you or to a dispute either as a result of your decision to opt-out of the Agreement to Arbitrate or by the arbitrator or a court order, you agree that any claim or dispute you may have against us must be resolved by a court located in Utah. You agree to submit to the personal jurisdiction of the courts located within Utah for the purpose of litigating all such claims or disputes.
25. AGREEMENT TO ARBITRATE. Please read this provision carefully. It affects your rights and will have a substantial impact on how legal claims you and we have against each other are resolved if you do not opt-out of this Agreement to Arbitrate.
a. Summary. Most customer concerns can be resolved quickly and to the customer's satisfaction by calling us at (866) 528-3733. In the unlikely event that we are unable to resolve any Claims (as defined below) you may have to your satisfaction (or if we have not been able to resolve a Claim we have with you after attempting to do so) after following the procedures set forth in this provision, we and you each agree to resolve those Claims through binding arbitration or small claims court instead of in courts of general jurisdiction. Arbitration is more informal than a lawsuit in court. Arbitration uses a neutral arbitrator instead of a judge or jury, allows for more limited discovery than in court, and is subject to very limited review by courts. Arbitrators can award the same damages and relief on an individual basis that a court can award to an individual.
Any arbitration under this Agreement to Arbitrate will take place on an individual basis; class arbitrations, class actions, private attorney general actions, and non-individualized injunctive relief are not permitted. By agreeing to arbitrate, both parties are waiving the right to a trial by jury or before a judge. For any non-frivolous Claim with a value of $75,000 or less, we will pay all of the filing, administration, and arbitrator fees charged by the American Arbitration Association (the "AAA") in connection with the arbitration. Moreover, in arbitration, you are entitled to recover attorney's fees from us to the same extent as you would be in court.
b. Claims Subject to Arbitration. We and you (including users, custodians, and beneficiaries of your Account) agree to arbitrate any and all disputes or claims between you and us ("Claim(s)"), including Claims involving Bill Me Later, Inc. and its or the Lender's agents, employees, officers, directors, predecessors in interest, and successors and assigns. This Agreement to Arbitrate is intended to be broadly interpreted. Claims include, but are not limited to:

- Claims or disputes arising out of or relating to your Account, the Account Agreement, or any transactions involving your Account or the Account Agreement, whether based in contract, tort, statute, fraud, misrepresentation, or any other legal theory;
- Claims or disputes that arose before the effective date of the Account Agreement or any prior Account Agreement (including, but not limited to, Claims relating to advertising, promotions, or disclosures); and
- Claims or disputes that may arise after the termination of the Agreement.

The Account Agreement evidences a transaction in interstate commerce, and thus the Federal Arbitration Act, 9 U.S.C. 1 et seq., governs the interpretation and enforcement of this Agreement to Arbitrate. The Agreement to Arbitrate shall survive the closing of your Account and/or the termination of the Account Agreement.
c. Notice of Dispute. A party who intends to pursue a Claim must first send to the other a letter describing the Claim (a "Notice of Dispute"). Any Notice of Dispute sent to the Lender and/or Bill Me Later, Inc. should be addressed to:

Bill Me Later, Inc.  
9690 Deereco Road, Suite 110  
Timonium, Maryland 21093  
ATTN: Legal Department  

Any Notice of Dispute sent to you by us shall be sent to the address in the Lender's records that is associated with your Account at the time the Notice of Dispute is sent. The Notice of Dispute must (a) describe the nature and basis of the Claim; (b) set forth the specific relief sought; (c) set forth the name and address of the claimant; and (d) include the Account number to which the Claim relates. If you and we do not reach an agreement to resolve the Claim described in the Notice of Dispute within 45 days after the Notice of Dispute is received, you or we may commence an arbitration proceeding before the American Arbitration Association ("AAA") or, if the AAA is unavailable, such other arbitration provider to which the parties agree or the court selects. Neither you nor we shall disclose to the arbitrator the existence, amount, or terms of any settlement offers made by any party until after the arbitrator issues a final award resolving the Claim.
A form for initiating arbitration proceedings is available on the AAA's website at http://www.adr.org. If you or we attempt to commence arbitration proceedings before providing the requisite Notice of Dispute, the AAA shall not commence administration of arbitration proceedings for at least 45 days after the AAA receives the request to initiate arbitration.
d. Costs of Arbitration. Except as otherwise provided herein, we will pay all of the filing, administration, and arbitrator fees charged by the AAA for any arbitration initiated in accordance with the notice requirements above. If, however, the arbitrator finds that either the substance of your Claim or the relief sought in your Claim is frivolous or brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)), then the payment of all such fees will be governed by the AAA Rules. In such case, you agree to reimburse us for all monies previously paid by us, which you otherwise would be obligated to pay under the AAA Rules. In addition, if you or we initiate an arbitration proceeding in which the value of the relief sought (either to you or to us) is greater than $75,000, the payment of all AAA filing, administration, and arbitrator fees will be governed by the AAA rules.
After we receive notice that you have commenced arbitration, we will promptly reimburse you for your payment of the filing fee unless the value of the relief sought is greater than $75,000. The maximum filing fee to be paid by you is currently $125 for Claims up to $10,000 and $375 for Claims over $10,000 and up to $75,000. However, these fees are subject to change at the discretion of the AAA. If you are unable to pay your share of the filing fee, we will pay it directly to the AAA upon receiving a written request from you at the notice address provided above.
e. Arbitration Procedures. The arbitration will be governed by the Commercial Dispute Resolution Procedures and the Supplementary Procedures for Consumer Related Disputes of the AAA, as modified by this Agreement, and will be administered by the AAA. The AAA Rules are available online at www.adr.org, by calling the AAA at 1-800-778-7879, or by writing to the notice address provided above.
The arbitrator is bound by the terms of the Account Agreement. All issues are for the arbitrator to decide, including those pertaining to the interpretation, applicability, enforceability, or formation of the Account Agreement or the Agreement to Arbitrate. The arbitrator, and not any Federal, state, or local court or agency, shall have exclusive authority to resolve any dispute arising out of or relating to the interpretation, applicability, enforceability, or formation of this Agreement to Arbitrate, any part of it, or of the Account Agreement including, but not limited to, any Claim that all or any part of the Agreement to Arbitrate or Account Agreement is void or voidable.
If the value (either to you or us) of the relief sought is $10,000 or less, we agree that you may choose whether the arbitration will be conducted solely on the basis of documents submitted to the arbitrator, through a telephonic hearing, or by an in-person hearing as established by the AAA Rules. Otherwise, the right to a hearing will be determined by the AAA Rules. Any in-person arbitration hearing will take place within the Federal judicial district where the address associated with your Account as identified in the Lender's records at the time the arbitration is commenced is located or, if that location is inconvenient to you, at some other location that the parties agree is convenient.
The arbitrator will decide the substance of all Claims in accordance with all applicable law, including recognized principles of equity and statutes of limitations, and will honor all claims of privilege recognized by law. Under this Agreement to Arbitrate, arbitrators shall not be bound by rulings in prior arbitrations involving different customers, but are bound by rulings in prior arbitrations involving the same customer to the extent required by applicable law.
Unless the parties agree otherwise, you or we, as applicable, must bring all related or similar Claims in a single arbitration proceeding. If you or we later initiate a subsequent arbitration asserting Claims that are related or similar to ones that were raised in a prior arbitration between the same parties, the AAA or the arbitrator shall either: (i) consolidate the subsequent arbitration with the earlier proceeding if it is ongoing or (ii) dismiss the Claims raised in the subsequent arbitration that would be barred by applicable law if brought in court.
Upon the request of either party made prior to the closing of the hearing (or, if there is no oral hearing, prior to or along with submission of final documents to the AAA), the arbitrator shall issue a reasoned written decision sufficient to explain the essential findings and conclusions on which the award, if any, is based. Unless the parties agree otherwise, any award shall be rendered by the arbitrator not later than 14 days from the date of the closing of the hearing or, if there is no oral hearing, from the date of the AAA's transmittal of the final statements and proofs to the arbitrator in accordance with the AAA Rules.
f. Prohibition of Class and Representative Actions and Non-Individualized Relief. The arbitrator may award declaratory or injunctive relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief necessitated by that party's individual Claim; any declaratory or injunctive relief must be individualized in nature and cannot affect other Account holders. YOU AND WE AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR OUR INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING, OR AS A PRIVATE ATTORNEY GENERAL OR ON BEHALF OF THE GENERAL PUBLIC. Unless both you and we agree otherwise, the arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding. If a court decides that any part of this Agreement to Arbitrate (other than this prohibition of class or representative actions and/or consolidation) is invalid or unenforceable, the other parts of this Agreement to Arbitrate shall still apply. However, if a court decides that

(continued on next page)

Account Number: 5049 9061 0283 8208  
Customer Name: DONALD HIGGINS  

Statement Closing Date: 03/06/15  
Notice Continued  

this paragraph's prohibition of class or representative actions and/or consolidation is invalid or unenforceable, then the entirety of this Agreement to Arbitrate shall be null and void.
g. Availability of Small Claims Court and Access to Government Agencies. Notwithstanding the foregoing, we or you may bring an individual action in small claims court. This Agreement to Arbitrate does not preclude us or you from bringing issues to the attention of Federal, state, or local agencies. Such agencies can, if the law allows, seek relief against us on your behalf.
h. Opt-Out Procedure. You can choose to reject this Agreement to Arbitrate ("opt-out") by mailing us a written opt-out notice. The written opt-out notice must state that you do not agree to this Agreement to Arbitrate and must be postmarked no later than 30 days after the date that you agree to the Account Agreement for the first time. The opt-out notice must include your name, address, and Account number(s) to which the opt-out applies. You must sign the written opt-out notice for it to be effective. Mail the opt-out notice to:

Bill Me Later, Inc.  
P.O. Box 5187  
Timonium, MD 21094  
ATTN: Arbitration Opt-Out  

This procedure is the only way you can opt-out of the Agreement to Arbitrate. If you opt-out of the Agreement to Arbitrate, all other parts of the Account Agreement will continue to apply to your Account. Opting out of this Agreement to Arbitrate has no effect on any previous, other, or future arbitration agreements that you may have with us.
i. Future Changes to the Agreement to Arbitrate. Notwithstanding any provision in the Account Agreement to the contrary, you and we agree that if we make any future change to this Agreement to Arbitrate (other than a change to any notice address, website link, or telephone number provided herein), that change shall not apply to any Claim of which we had written notice on the effective date of the change. Moreover, if we seek to terminate the Agreement to Arbitrate as included in the Account Agreement, any such termination shall not be effective until at least 30 days after written notice of such termination is provided to you, and shall not be effective as to Claims which arose prior to the date of termination.
26. SEVERABILITY. Except as otherwise provided herein, if any provision of this Agreement is held to be invalid or unenforceable, such determination shall not affect the validity or enforceability of the remaining provisions of this Agreement.
27. BILLING RIGHTS NOTICE. The following notice is required by Federal law. In this notice, "credit card purchases" means Purchases and Cash Advances made with this Account. "You" and "your" mean the Borrower. "We" and "our" mean the Lender.
Your Billing Rights: Keep This Document For Future Use
This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act.
What To Do If You Find A Mistake On Your Statement
If you think there is an error on your statement, write to us at:
PayPal Credit, P.O. Box 5018, Timonium, MD 21094.
In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors in writing. You may call us or email us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
What Will Happen After We Receive Your Letter
When we receive your letter, we must do two things:
1. Within 30 days of receiving your letter, we must tell you that we received your letter. We will also tell you if we have already corrected the error.
2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe the bill is correct.
While we investigate whether or not there has been an error:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit line.

After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount we think you owe.

If you receive our explanation but still believe your bill is wrong, you must write to us within 10 days telling us that you still refuse to pay. If you do so, we cannot report you as delinquent without also reporting that you are questioning your bill. We must tell you the name of anyone to whom we reported you as delinquent, and we must let those organizations know when the matter has been settled between us.
If we do not follow all of the rules above, you do not have to pay the first $50 of the amount you question even if your bill is correct.
Your Rights If You Are Dissatisfied With Your Credit Card Purchases
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you
have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.
To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your Purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase. If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at:
PayPal Credit, P.O. Box 5018, Timonium, MD 21094
While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

TCBML·9.9908·4

## Comenity Capital Bank Privacy Policy for the PayPal Credit Payment System
rev. August 2014

Comenity Capital Bank (referred to as "we", "us" or "our"), is the Lender offering the PayPal Credit Payment System ("PayPal Credit"). This Privacy Policy describes your privacy rights regarding our collection, use, storage, sharing and protection of your personal information. It applies to the BillMeLater.com website and all related sites, applications, services and tools regardless of how you access or use them (collectively "PayPal Credit Websites"). You accept this Privacy Policy when you sign up for, access, or use our products, services, content, features, technologies or functions offered on our website and all related sites, applications, and services (collectively "PayPal Credit Services"). We may amend this policy at any time by posting a revised version on our website or sending you a copy. The revised version will be effective at the time we post it or send it to you.

How we collect information about you

When you visit the PayPal Credit Websites or use PayPal Credit Services, we collect information sent to us by your computer, mobile phone or other access device. The information sent to us includes data on the pages you access, your computer IP address, device identifiers, the type of operating system you're using, mobile network information, standard web log data and other information. Web log data includes the browser type you're using and traffic to and from our site. When you visit the PayPal Credit Websites or use PayPal Credit Services, we also collect information about your

(continued on next page)

Account Number: 5049 9061 0283 8208
Customer Name: DONALD HIGGINS

Statement Closing Date: 03/06/15
Notice Continued

transactions and your activities.

In addition, if you open a PayPal Credit account or use PayPal Credit Services, we may collect the following types of information:

- Detailed personal information such as your date of birth or social security number.
- Contact information, such as your name, address, phone, email, and other similar information. Information about you from third parties such as credit bureaus and identity verification services
- Financial information, such as the full bank account numbers and/or credit card numbers that you link to your PayPal Credit account or give us when you use PayPal Credit Services.

You may choose to provide us with access to certain personal information stored by third parties such as social media sites (e.g., Facebook and Twitter). The information we may receive varies by site and is controlled by that site. By associating an account managed by a third party with your PayPal Credit account and authorizing us to have access to this information, you agree that we may collect, store and use this information in accordance with this Privacy Policy.

In order to help protect you from fraud and misuse of your personal information, we may collect information about your use and interaction with PayPal Credit Websites or PayPal Credit Services. For example, we may evaluate your computer, mobile phone or other access device to identify any malicious software or activity.

We may also collect additional information from or about you in other ways, such as through contact with our customer support team or results when you respond to a survey and from interactions with certain third parties that we share information with in accordance with this Privacy Policy.

How we use Cookies

When you access PayPal Credit Websites or use PayPal Credit Services, we (including companies we work with) may place small data files on your computer or other device. These data files may be cookies, pixel tags, "Flash cookies," or other local storage provided by your browser or associated applications ("Cookies"). We use these technologies to: recognize you as a customer; customize PayPal Credit Services, content, and advertising; measure promotional effectiveness; help ensure that your account security is not compromised; mitigate risk and prevent fraud; and promote trust and safety across our sites and PayPal Credit Services.

We use both session and persistent Cookies. Session Cookies expire and no longer have any effect when you log out of your account or close your browser. Persistent Cookies remain on your device until you erase them or they expire.

We encode our Cookies so that we can interpret the information stored in them. You are free to decline our Cookies if your browser or browser add-on permits, unless our Cookies are required to prevent fraud or ensure the security of websites we control. Declining our Cookies may interfere with your use of our websites and PayPal Credit Services. Refer to the help section of your browser, browser extensions, or installed applications for instructions on blocking, deleting, or disabling Cookies.

Do Not Track: Do Not Track (DNT) is an optional browser setting that allows you to express your preferences regarding tracking by advertisers and other third parties. We do not currently respond to DNT signals. We do, however, provide you notice of the tracking by advertisers and other third parties in our Privacy Policy.

You may encounter PayPal Credit Cookies on websites that we do not control. For example, if you view a web page created by a third party or use an application developed by a third party, there may be a Cookie placed by the web page or application. Likewise, these third parties may place their own Cookies that are not subject to our control and the PayPal Credit Payment System Privacy Policy does not cover their use.

How we protect and store personal information

Throughout this policy, we use the term "personal information" to describe information that can be associated with a specific person and can be used to identify that person. We do not consider personal information to include information that has been made anonymous so that it does not identify a specific user.

We store and process your personal information on our computers. We protect your information using physical, technical, and administrative security measures to reduce the risks of loss, misuse, unauthorized access, disclosure and alteration. Some of the safeguards we use are firewalls and data encryption, physical access controls to our data centers, and information access authorization controls. However, no method of transmission over the Internet, or method of electronic storage, is 100% secure. Therefore, while we strive to use commercially acceptable means to protect your Personal Information, we cannot guarantee its absolute security.

How we use the personal information we collect

Our primary purpose in collecting personal information is to provide you with a secure, smooth, efficient, and customized experience. We may use your personal information to:

- provide PayPal Credit Services and customer support;
- process transactions and send notices about your transactions;
- resolve disputes, collect fees, and troubleshoot problems;
- prevent potentially prohibited or illegal activities, and enforce our Terms and Conditions;
- customize, measure, and improve PayPal Credit Services and the content, layout, and operation of PayPal Credit Websites;
- deliver targeted marketing, service update notices, and promotional offers based on your communication preferences;
- contact you at any telephone number, by placing a voice call, through text (SMS), or email messaging, as authorized by our Terms and Conditions;
- compare information for accuracy and verify it with third parties.

Marketing

We, or a third party acting on our behalf, may use your personal information to send you email offers that may be of special interest to you. If you unsubscribe from these email messages, you will not receive these messages from us via email. If you do not wish to receive marketing communications from us or participate in our ad-customization programs, you may unsubscribe by following the instructions located at the bottom of the email you received. If you unsubscribe from email solicitations, we will still contact you via email to service and maintain your account relationship. If you receive emails from third parties on behalf of us, you must unsubscribe through the instructions in the email or contact these third parties directly.

We may also hire third parties to track and report performance of advertising and marketing campaigns to and from us and third party web sites. We may combine your information with information we collect from third parties and use it to improve and personalize PayPal Credit Services, content, and advertising.

How we share personal information with third parties

We only share your personal information with third parties as described in this policy.

We will not sell or rent any of your personal information to non-affiliated third parties for their marketing purposes, except as disclosed in this policy or unless you have provided consent.

(continued on next page)

Account Number: 5049 9061 0283 8208  
Customer Name: DONALD HIGGINS

Statement Closing Date: 03/06/15  
Notice Continued

We may share your personal information with:

- Service providers under contract -- like Bill Me Later, Inc. -- who help with our business operations such as fraud prevention, bill collection, account maintenance, marketing and technology services.
- Financial institutions that we partner with -- like PayPal -- to provide joint marketing of products and services, to help detect and prevent potentially illegal acts and fraud, and to guide decisions about the products, services and communications.
- Credit bureaus and collection agencies to report account information, as permitted by law.
- Companies that we or Bill Me Later, Inc. plan to merge with or be acquired by. If your personal information could be used contrary to this policy, you will receive prior notice.

- Third parties when required by law or valid judicial process, or when we believe, in our sole discretion, that the disclosure of personal information is necessary to prevent physical harm or financial loss, to report suspected illegal activity, or to investigate violations of our Terms and Conditions.
- Other third parties with your consent or direction to do so.
- Our affiliate companies for marketing purposes.
    * You can limit the sharing of your information with our affiliates for marketing.
- Non-affiliates for marketing purposes.
    * You can limit the sharing or your information with non-affiliates for marketing.
- If you live in Vermont, we will not share information about your creditworthiness with our affiliates for their everyday business purposes, unless you consent to that sharing.
- If you live in California, we will not share information about you: (1) with our affiliates for their own purposes, or (2) for joint marketing with other financial companies.

Bill Me Later, Inc.

- Bill Me Later, Inc. may share information it receives about your creditworthiness with its affiliate companies to market their products and services to you. Bill Me Later, Inc. affiliates include companies that are related to it by common ownership or control, and they can be financial companies, like PayPal, and nonfinancial companies, like eBay, Inc.
    * You can limit the sharing of information with Bill Me Later, Inc.'s affiliates.

If you open a PayPal Credit account directly on a third party website or via a third party application, any information that you enter on that website or application (and not directly on PayPal Credit Websites) will be shared with the owner of the third party website or application. These sites are governed by their own privacy policies and you are encouraged to review their privacy policies before providing them with personal information. We are not responsible for the content or information practices of such third parties.

How you can restrict us from sharing your personal information

Federal law gives you the right to limit the sharing of your personal information only in certain instances.

- You can limit the sharing of information with our affiliate companies and with non-affiliates for marketing purposes. If you choose to opt out of sharing your information, you may not be able to continue using your PayPal Credit account. To limit our sharing, you can go to https://www.billmelater.com/your-account/privacy-policy-opt-out.xhtml.

- You can limit our sharing of information concerning your creditworthiness with Bill Me Later, Inc.'s affiliates, as well as our sharing of your information with Bill Me Later, Inc.'s affiliates for marketing purposes. If you choose to opt out of sharing your information, you may not be able to continue using your PayPal Credit account. To limit our sharing, you can go to https://www.billmelater.com/your-account/privacy-policy-opt-out.xhtml.

If you are a new customer, we can begin sharing your information 30 days from the date we sent you this notice for those circumstances where you can limit our sharing. When you are no longer our customer, we continue to share your information as described in this policy. However, you can contact us or our service provider, Bill Me Later, Inc., at any time to limit our sharing.

How you can access or change your personal information

You can review and edit your personal information at any time by logging in to your account and reviewing your account settings and profile.

How you can contact us about privacy questions

If you have questions or concerns regarding this policy, you can go to   www.billmelater.com/about/privacy-policy.xhtml   or call us at 866-528-3733.